## HUGH ROBISON MARTIN
### v.
## LOUIS ST. BERNARD

1806

### Journal Entries

1. Appearance; special bail . . . . . . . *Journal, infra,* \*p. 35
2. Declaration filed; rule to plead . . . . . . . " 35
3. Plea filed; rule to reply . . . . . . . . . " 39

### Papers in File

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . *Printed in Vol. 2*
3. Plea in abatement . . . . . . . . . . "
4. Demurrer to plea . . . . . . . . . . "